[No. 21148-3-II.    Division Two.   May 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PASCUAL CAUICH-AKE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00174-8, James E.F.X. Warme, J., entered August 29, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 21898-4-II.    Division Two.   May 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNSON SALY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-8-00052-9, Frederick B. Hayes, J., entered February 28, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22049-1-II.    Division Two.   May 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN EDWARD NIRK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00410-2, John F. Nichols, J., entered June 5, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 35327-6-I.    Division One.   May 18, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. KIM FAUN SETO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03482-7, Ricardo S. Martinez, J., entered September 16, 1994. *Reversed* by unpublished per curiam opinion.